## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:                                              Case No.:8:16-bk-03463-KRM

CHRISTOPHER MARK PARIS,                             Chapter 7

_____Debtor._____/

## NOTICE OF APPEARANCE

**COMES NOW** Evan S. Singer, Esq. of the law firm of Timothy D. Padgett, P.A., and gives this Notice of Appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates Series 2004-6, serviced by Ditech Financial LLC f/k/a Green Tree Servicing LLC (Secured Creditor).

**DATED** this 21st day of June, 2016

Respectfully submitted,

/S/ Evan S. Singer

EVAN S. SINGER, ESQ.
Florida Bar # 101406
TIMOTHY D. PADGETT, P.A.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
ess@padgettlaw.net
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 21st day of June, 2016:

/S/ Evan S. Singer

EVAN S. SINGER, ESQ.
Florida Bar # 101406
TIMOTHY D. PADGETT, P.A.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
ess@padgettlaw.net
*Attorney for Creditor*

## **SERVICE LIST (CASE NO. 8:16-bk-03463-KRM)**

Debtor
Christopher Mark Paris
1025 West Lake Hamilton Dr
Winter Haven, FL 33881

Trustee
Larry S. Hyman
P.O. Box 18625
Tampa, FL 33679

US Trustee
United States Trustee - TPA7/13, 7
Timerblake Annex Ste 1200
501 E Polk St
Tampa, FL 33602

Attorney for Debtor
Charles T Stohlman, Esq.
120 E Pine Street, Suite 7
lakeland, FL 33801