**[7nfinmgt]** [Notice of Requirement to File Certification About a Financial Management Course – Ch 7]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                              Case No. 8:16–bk–03463–KRM
                                                                                                        Chapter 7

Christopher Mark Paris
1025 West Lake Hamilton Dr
Winter Haven, FL 33881–8225

_____Debtor*_____/

**NOTICE OF REQUIREMENT TO FILE A CERTIFICATION ABOUT
A FINANCIAL MANAGEMENT COURSE**

   In order to receive a discharge, the Debtor must complete an instructional course in personal financial management, as described in 11 U.S.C. § 111. The Debtor has not filed a Certification About a Financial Management Course (Official Form 423).

   YOU ARE NOTIFIED that in a chapter 7 case, the case will close without an entry of discharge if the Debtor fails to file the certification within 60 days after the first date set for the meeting of creditors in accordance with Fed. R. Bankr. P. 1007(c).

   If you previously submitted a Certification About a Financial Management Course (Official Form 423) dated prior to the petition file date of April 24, 2016 , a new post–petition Certification About a Financial Management Course is required.

A link to forms is available on the Court's website at: http://www.flmb.uscourts.gov/bkforms/bankruptcy_forms.html.

   Dated: July 14, 2016

                                                                FOR THE COURT
                                                                Lee Ann Bennett , Clerk of Court
                                                                Sam M. Gibbons United States Courthouse
                                                                801 North Florida Avenue, Suite 555
                                                                Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee