United States Bankruptcy Court
Middle District of Florida

In re:  
Christopher Mark Paris  
    Debtor

Case No. 16-03463-KRM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-8    User: admin    Page 1 of 1    Date Rcvd: Jul 15, 2016  
                     Form ID: 7nfmtam    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2016.  
db        Christopher Mark Paris,   1025 West Lake Hamilton Dr,   Winter Haven, FL  33881-8225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2016 at the address(es) listed below:  
      Charles T Stohlman   on behalf of Debtor Christopher Mark Paris charless@cstohlmanlaw.com, smithlegalcourtdocs@aol.com  
      Evan S Singer   on behalf of Creditor    Ditech Financial LLC ess@padgettlaw.net, pwh@padgettlaw.net;ged@padgettlaw.net;jld@padgettlaw.net;mhm@padgettlaw.net;mv@padgettlaw.net;amm@padgettlaw.net  
      Larry S. Hyman   LHyman@epitrustee.com, lhyman@ecf.epiqsystems.com;Pamela@larryhymancpa.com  
      United States Trustee - TPA7/13   USTPRegion21.TP.ECF@USDOJ.GOV  
      TOTAL: 4

**[7nfinmgt]** [Notice of Requirement to File Certification About a Financial Management Course – Ch 7]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:   Case No. 8:16−bk−03463−KRM
         Chapter 7

Christopher Mark Paris
1025 West Lake Hamilton Dr
Winter Haven, FL 33881−8225

_____Debtor*_____/

**NOTICE OF REQUIREMENT TO FILE A CERTIFICATION ABOUT
A FINANCIAL MANAGEMENT COURSE**

In order to receive a discharge, the Debtor must complete an instructional course in personal financial management, as described in 11 U.S.C. § 111. The Debtor has not filed a Certification About a Financial Management Course (Official Form 423).

YOU ARE NOTIFIED that in a chapter 7 case, the case will close without an entry of discharge if the Debtor fails to file the certification within 60 days after the first date set for the meeting of creditors in accordance with Fed. R. Bankr. P. 1007(c).

If you previously submitted a Certification About a Financial Management Course (Official Form 423) dated prior to the petition file date of April 24, 2016 , a new post−petition Certification About a Financial Management Course is required.

A link to forms is available on the Court's website at: http://www.flmb.uscourts.gov/bkforms/bankruptcy_forms.html.

Dated:  July 14, 2016

FOR THE COURT
Lee Ann Bennett , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee