United States Bankruptcy Court
Middle District of Florida

In re:                                                                    Case No. 16-03463-KRM
Christopher Mark Paris                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-8          User: frensj           Page 1 of 1            Date Rcvd: Aug 05, 2016
                              Form ID: Dowed7        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2016.
db            Christopher Mark Paris,    1025 West Lake Hamilton Dr,    Winter Haven, FL  33881-8225
cr           +Ditech Financial LLC,    Timothy D. Padgett, P.A.,    C/O Evan S. Singer, Esq.,
               6267 Old Water Oak Road, Suite 203,    Tallahassee, FL 32312-3858
26206569     +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
26206570    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238)
26206571   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
              (address filed with court:  Ditech Financial Llc,    332 Minnesota St Ste 610,
               Saint Paul, MN 55101)
26206572     +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
26206573     +Susan Hicks,    118 Upper Testuskeegee Rd,    Robbinsville, NC 28771-9011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2016 at the address(es) listed below:
              Charles T Stohlman    on behalf of Debtor Christopher Mark Paris charless@cstohlmanlaw.com,
               smithlegalcourtdocs@aol.com
              Evan S Singer    on behalf of Creditor   Ditech Financial LLC ess@padgettlaw.net,
               pwh@padgettlaw.net;ged@padgettlaw.net;jld@padgettlaw.net;mhm@padgettlaw.net;mv@padgettlaw.net;amm
               @padgettlaw.net
              Larry S. Hyman    LHyman@epitrustee.com,    lhyman@ecf.epiqsystems.com;Pamela@larryhymancpa.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 4

[Dowed7] [Order Withholding Entry of Discharge]

ORDERED.

Dated: August 5, 2016

*K. Rodney May*
*United States Bankruptcy Judge*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Case No. 8:16–bk–03463–KRM
                                                    Chapter 7
Christopher Mark Paris

_____Debtor*_____/

### ORDER WITHHOLDING ENTRY OF DISCHARGE

THIS CASE came on for consideration upon the Court's own motion to consider the entry of an appropriate order. The Court has considered the record and finds that:

☐ The Debtor has failed to pay the prescribed filing fee for this case.

☐ An Order Approving the Payment of the Filing Fees in Installments was entered on Enter Date . The Debtor has failed to comply with the order by failing to remit the balance due in the amount of $ Enter Amount pursuant to Fed. R. Bankr. P. 1006.

☑ The Debtor has not filed a certification about a financial management course required by 11 U.S.C. § 727(a)(11).

☐ The Debtor has failed to pay the $25.00 conversion fee as required by 28 U.S.C. § 1930(8.2) for a motion or notice of conversion to Chapter 7.

Accordingly, it is

**ORDERED:**

1. The entry of a discharge in this case is withheld until such time as the Debtor cures the above–described deficiency pursuant to 11 U.S.C. § 105 of the Bankruptcy Code and/or Fed. R. Bank. P. 4004(c)(1)(G) (relating to fees not paid).

2. The case will be reviewed for possible closing in thirty days, if appropriate. The Debtor's failure to cure the above–described deficiency prior to the case being closed will result in the case being closed without entry of a discharge.  If the Debtor later files a motion to reopen the case in order to cure the deficiency and to obtain a discharge, the Debtor will be required to pay a reopening fee in the amount of $260.00 as prescribed by 28 U.S.C.

§ 1930(a) and Item (11) of the Bankruptcy Court Miscellaneous Fee Schedule.

   3. This order shall not be construed as an order either denying or granting a discharge.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.