Certificate Number: 15317-FLM-DE-027947927

Bankruptcy Case Number: 16-03463



15317-FLM-DE-027947927

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 22, 2016</u>, at <u>12:50</u> o'clock <u>PM PDT</u>, <u>Christopher Paris</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date:   <u>August 22, 2016</u>          By:     <u>/s/Christel Raz</u>

                                       Name:  <u>Christel Raz</u>

                                       Title:  <u>Counselor</u>