United States Bankruptcy Court
Middle District of Florida

In re:                                                                 Case No. 16-03463-KRM
Christopher Mark Paris                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-8        User: arciolap          Page 1 of 1            Date Rcvd: Aug 24, 2016
                            Form ID: B18            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
db              Christopher Mark Paris,    1025 West Lake Hamilton Dr,    Winter Haven, FL  33881-8225
cr             +Ditech Financial LLC,    Timothy D. Padgett, P.A.,    C/O Evan S. Singer, Esq.,
                 6267 Old Water Oak Road, Suite 203,    Tallahassee, FL 32312-3858
26206569       +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
26206571     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                 (address filed with court:  Ditech Financial Llc,    332 Minnesota St Ste 610,
                   Saint Paul, MN 55101)
26206573       +Susan Hicks,    118 Upper Testuskeegee Rd,    Robbinsville, NC 28771-9011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26206570        EDI: CAPITALONE.COM Aug 24 2016 22:53:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
26206572       +EDI: DRIV.COM Aug 24 2016 22:53:00      Santander Consumer Usa,    Po Box 961245,
                 Ft Worth, TX 76161-0244
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2016 at the address(es) listed below:
              Charles T Stohlman    on behalf of Debtor Christopher Mark Paris charless@cstohlmanlaw.com,
               smithlegalcourtdocs@aol.com
              Evan S Singer    on behalf of Creditor    Ditech Financial LLC ess@padgettlaw.net,
               pwh@padgettlaw.net;ged@padgettlaw.net;jld@padgettlaw.net;mhm@padgettlaw.net;mv@padgettlaw.net;amm
               @padgettlaw.net
              Larry S. Hyman    LHyman@epitrustee.com,   lhyman@ecf.epiqsystems.com;Pamela@larryhymancpa.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                              TOTAL: 4

**Form B18 (Official Form 18)(12/07)**

# United States Bankruptcy Court

Middle District of Florida

Case No.  **8:16–bk–03463–KRM**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Mark Paris
   1025 West Lake Hamilton Dr
   Winter Haven, FL 33881–8225

Social Security No.:
   xxx–xx–6501

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: August 23, 2016

_____
K. Rodney May
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**